**Fill in this information to identify the case:**

Debtor 1    Lea Diana Huseman

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida

Case number   18-10540

---

Official Form 410S1

# Notice of Mortgage Payment Change                     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Regions Bank              **Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account:    3  8  7  1

**Date of payment change:**
Must be at least 21 days after date of this notice     05/29/2019

**New total payment:**    $ 1,103.02
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Payment decreased due to a decrease in the principal balance.

   Current mortgage payment: $ 1,179.97    New mortgage payment: $ 1,103.02

---

Official Form 410S1                **Notice of Mortgage Payment Change**                page 1

Debtor 1  Lea Diana Huseman
First Name  Middle Name  Last Name

Case number (*if known*) 18-10540

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Parris Christian
Signature

Date 05/07/2019

Print: Parris Christian
First Name  Middle Name  Last Name

Title Bankruptcy Specialist

Company Regions Bank

Address P.O. Box 10063
Number  Street

Birmingham  AL  35202
City  State  ZIP Code

Contact phone 205-766-5445

Email parris.christian@regions.com

Official Form 410S1  **Notice of Mortgage Payment Change**  page **2**

Certificate of Mailing

Regions Bank certifies that copies of the Notice of Mortgage Payment Change were mailed on May 7, 2019 to the following parties via First Class Mail.

Lea Diana Huseman
5535 Bermuda Dunes Circle
Lake Worth, FL 33463

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

Kim J. Lehrman, Esq.
2550 North Federal Highway, Suite 5
Fort Lauderdale, FL 33305

X  /s/Parris Christian
_____

Regions Bank
Bankruptcy Department

Page 01 of 02

P.O. Box 11007
Birmingham AL 35288

ROBERT D HUSEMAN

|  |  |  |
|---|---|---|
| | Scheduled Payment Amount: | $1,103.02 |
| | Past Due Amount: | $288,983.92 |
| Bank Number: | | |
| Account Number: | Late Fee Due: | $379.07 |
| Interest Rate: 5.500% | Other Fees Due: | $0.00 |
| Payment Due Date: 05/29/19 | Total Amount Due: | $290,466.01 |

Days in Cycle:

# LOAN STATEMENT
### April 4, 2019 through May 3, 2019

## DETAIL

| Trans Date | Trans Description | Trans Amount |
|---|---|---|
| 04/04/19 | Balance Forward | 252,413.97 |
| 05/03/19 | Ending Principal Balance | 252,413.97 |
| 05/03/19 | Your Credit Limit Is | 250,000.00 |
| 05/03/19 | Your Available Credit Is | 0.00 |

If this loan is included in an active bankruptcy case and was not reaffirmed by order of the bankruptcy court, or if you received a bankruptcy discharge associated with this loan, this statement is provided for compliance and informational purposes only and is not an attempt to collect, recover, offset, or impose personal liability for any discharged debt previously incurred by you.  However, we reserve all rights and remedies under our security instrument, including the right to foreclose our lien.

| Annual Percentage Rate | Finance Charge | Daily Periodic Rate | Average Daily Balance | Days in Cycle |
|---|---|---|---|---|
| 5.500% | 1,103.01 | .000150684 | 252,413.97 | 29 |

The Periodic Rate may vary.  There is no grace period within which payments may be made to avoid additional finance charges.  If you have any questions about your account, please contact us at 1-800-231-7493.

Please see additional information on the next page
Please detach this portion and return with your payment in the enclosed envelope.  To ensure proper credit, please write your account number on your check.



ROBERT D HUSEMAN

## LOAN REMITTANCE

| | |
|---|---|
| Account Number: | |
| Amount Due: | $290,466.01 |
| Payment Due Date: | 05/29/19 |

Payment Enclosed:

CONSUMER LOAN PROCESSING
PO BOX 2224
BIRMINGHAM AL 35246-0026

## Important Information Regarding Receipt and Crediting of Payments

### General Rules Regarding Payments
* All payments must include name and account number or coupon portion of account statement form
* All payments must be made in U.S. dollars.
* If your account is setup for automated payments, your payment plus any additional principal which you have authorized will be automatically drafted on the payment due date listed on this statement.

Please note various payment options available on your Regions Bank account including by mail, through Regions Online Banking, by phone, or in person at a Regions Bank branch.

### Crediting of Payments Sent By Mail
For your payment to be credited to your account on the same business day that it is received, the coupon portion of this billing statement and your payment must be mailed to the remittance address shown on the coupon and must be received by Regions Bank by 5:00 P.M. (CT) on a business day. Payment must be in the form of a valid check or money order for the correct payment amount. Business days are Monday through Friday, excluding holidays. Payments not received in the proper form or not sent to the correct address will be credited within 5 days of receipt.

### Crediting of Payments Made In Person At Regions Bank Branch
For your payment to be credited to your account on the same business day that it is received, the payment must be personally received by a teller at a Regions branch location by 5:00 P.M. (CT). Payments at a Regions branch that are not received by a bank teller will be credited within 5 days of receipt.

### Other Optional Payment Services

### Crediting of Payments Through Regions Online Banking
You may be able to make your loan payment through Regions Online Banking if you have enrolled in that service. To ensure same-day credit for a loan payment made through Regions Online Banking, you must initiate the transaction in Regions Online Banking by 8:00 P.M. (CT) on a business day, or by such other time as may be published in the Regions Online Banking terms, conditions, and user guides. Some loans may not be accessible through Regions Online Banking. Please refer to your Regions Online Banking terms, conditions, and user guides for more information.

### Crediting of Payments Made By Phone
You may call us at 1-800-231-7493 to make a loan payment by giving us authorization to debit your checking account. To ensure same-day credit for a loan payment made by phone, the payment must be completed by 6:00 P.M. (CT) on a business day via a customer service representative or through the automated system by following the corresponding voice prompts. Payments completed by phone after 6:00 P.M. (CT) on a business day, or on a day that is not a business day, will be credited the next business day.

### Payoff Request information
To request the amount to pay off a Home Equity Line of Credit, please call 1-800-896-6513, visit your local Regions Bank branch, or online at Regions.com to obtain the Home Equity Line of Credit Payoff Request Form.

### Balance Used to Calculate The Finance Charge
Your Finance Charge is determined by applying the daily "Periodic Rate" shown on the front of this statement to each daily balance in the billing cycle. The daily balance is determined by taking the beginning balance of your account each day, subtracting any payments or credits and any unpaid Finance Charge and adding new Advances and any other debits. We then add all daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This is the "Average Daily Balance" which appears on the front of this statement. The amount of the Finance Charge can be verified by 1) multiplying the "Average Daily Balance" by the number of days in the billing cycle and then 2) applying the "Periodic Rate" to the product. The Finance Charge is posted as of the "Statement Date" shown on this statement. The daily "Periodic Rate" is equal to 1/365 (or 1/366 during leap year) of the applicable Annual Percentage Rate.

### In Case Of Errors Or Questions About Your Bill
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at:
 Regions Bank
 P.O. Box 1984
 Birmingham, AL 35201

We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at 1-800-231-7493, but doing so will not preserve your rights. In the letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, identify the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

### Inaccurate Credit Information
Notify us at the following address if you believe any information we have reported or may report to a credit bureau about your loan is inaccurate: **Credit Information Department, Regions Bank, P.O. Box 10063, Birmingham, AL 35202.**

### Credit Reporting
We may report negative information about your account to the credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Notify us at Consumer Collection Credit Information, P.O. Box 10063, Birmingham, AL 35202 if you believe any information we have reported or may report to a credit bureau about your account is inaccurate.